JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHANG LI GUO,<br><br>        Petitioner,<br><br>    v.<br><br>D. MARIN, WARDEN, ETC., ET AL.,<br><br>    Respondents. | No. ED CV 26-788-AH(E)<br><br><br>JUDGMENT |

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED:  APRIL 28, 2026

_____
ANNE HWANG
UNITED STATES DISTRICT JUDGE